UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Charles Pineyro<br>    Ashley Pineyro<br><br>            Debtors | Chapter 13<br>Bankruptcy No.24-12945-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 18th day of December, 2024, by first class mail upon those listed below:

Charles Pineyro
Ashley Pineyro
1236 Schwanger Rd.
Mount Joy, PA  17552

**Electronically via CM/ECF System Only:**

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
1653 LITITZ PIKE, #105
LANCASTER, PA  17601

                                                                                    */s/ Kristen Gliem*
                                                                                    Kristen Gliem
                                                                                    for
                                                                                    Scott F. Waterman, Esquire
                                                                                    Standing Chapter 13 Trustee