## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ashley Pineyro<br>Charles Pineyro<br><br>                            Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>                            Movant<br>        vs.<br><br>Ashley Pineyro<br>Charles Pineyro<br>                            Debtor(s)<br><br>Scott F. Waterman<br>                            Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 24-12945 PMM |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about October 3, 2024.


Dated: February 12, 2025

                                                    Respectfully submitted,


                                                    /s/Denise Carlon
                                                    Denise Carlon, Esq.
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    Phone: (215)-627-1322
                                                    dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Ashley Pineyro Charles Pineyro | **BK NO. 24-12945 PMM** |
| **Debtor(s)** | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC** | |
| Movant | |
| vs. | |
| Ashley Pineyro Charles Pineyro | |
| **Debtor(s)** | |
| Scott F. Waterman | |
| **Trustee** | |

### CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 2/12/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 2/12/2025

/s/ **Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Ashley Pineyro<br>1236 Schwanger Rd.<br>Mount Joy, PA 17552<br><br>Charles Pineyro<br>1236 Schwanger Rd.<br>Mount Joy, PA 17552 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Matthew Larazus<br>Lazarus Law, LLC<br>1653 Lititz Pike #105<br>Lancaster, PA 17601 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |