| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-12945-PMM

Charles Pineyro　　　　　　　　　　　　　　　　　　　Petition Filed Date: 08/23/2024
Ashley Pineyro　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 10/01/2024
1236 Schwanger Rd.　　　　　　　　　　　　　　　　Confirmation Date: 02/13/2025
Mount Joy  PA　　17552

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/20/2024 | $300.00 | | 11/01/2024 | $300.00 | | 12/03/2024 | $150.00 | |
| 01/03/2025 | $150.00 | | 02/03/2025 | $150.00 | | 03/04/2025 | $150.00 | |
| 04/01/2025 | $150.00 | | 05/02/2025 | $150.00 | | 06/03/2025 | $150.00 | |
| 07/02/2025 | $150.00 | | | | | | | |

**Total Receipts for the Period: $1,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $2,814.00 | $1,797.75 | $1,016.25 |
| 1 | EASYPAY FINANCE »» 001 | Unsecured Creditors | $1,052.66 | $0.00 | $1,052.66 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $4,048.22 | $0.00 | $4,048.22 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $353.37 | $0.00 | $353.37 |
| 4 | CREDIT FIRST NA »» 004 | Unsecured Creditors | $1,555.99 | $0.00 | $1,555.99 |
| 5 | TD RETAIL CREDIT SERVICES »» 005 | Unsecured Creditors | $4,041.35 | $0.00 | $4,041.35 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,593.87 | $0.00 | $1,593.87 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $1,750.16 | $0.00 | $1,750.16 |
| 8 | DEPARTMENT OF EDUCATION/MOHELA »» 008 | Unsecured Creditors | $25,894.57 | $0.00 | $25,894.57 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $580.12 | $0.00 | $580.12 |
| 10 | PENNYMAC LOAN SERVICES LLC »» 010 | Mortgage Arrears | $5,122.84 | $0.00 | $5,122.84 |
| 11 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $1,418.11 | $0.00 | $1,418.11 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $3,942.47 | $0.00 | $3,942.47 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $492.35 | $0.00 | $492.35 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 014 | Unsecured Creditors | $503.97 | $0.00 | $503.97 |

**Chapter 13 Case No. 24-12945-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $705.54 | $0.00 | $705.54 |
| 16 | MIDLAND CREDIT MANAGEMENT INC »» 016 | Unsecured Creditors | $820.87 | $0.00 | $820.87 |
| 17 | TRUIST BANK - DDA RECOVERY »» 017 | Unsecured Creditors | $155.76 | $0.00 | $155.76 |
| 18 | MEMBERS 1ST FCU »» 018 | Unsecured Creditors | $4,567.59 | $0.00 | $4,567.59 |
| 19 | RESURGENT RECEIVABLES, LLC »» 019 | Unsecured Creditors | $701.72 | $0.00 | $701.72 |
| 20 | CAVALRY SPV INVESTMENTS LLC »» 020 | Unsecured Creditors | $4,873.66 | $0.00 | $4,873.66 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $6,381.14 | $0.00 | $6,381.14 |
| 22 | RESURGENT RECEIVABLES, LLC »» 022 | Unsecured Creditors | $4,582.11 | $0.00 | $4,582.11 |
| 23 | AMERICAN EXPRESS NATIONAL BANK »» 023 | Unsecured Creditors | $1,420.56 | $0.00 | $1,420.56 |
| 24 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CFNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | IMPACT RECEIVABLES MAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,950.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,797.75 | Arrearages: | $150.00 |
| Paid to Trustee: | $152.25 | Total Plan Base: | $8,850.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.