*Form 242* (3/23)–doc 32 – 31

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Charles Pineyro | ) | Case No. 24–12945–pmm |
| | ) | |
| | ) | |
|    Ashley Pineyro | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [31] Response

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: The attached PDF is the motion for relief NOT a response to the motion

In order for this matter to proceed, please submit the above noted correction on or before April 13, 2026, otherwise, the matter will be referred to the Court.

Date: March 30, 2026

For The Court

Mohung Wong
Clerk of Court