**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Charles & Ashley Pineyro | : | Chapter 13 |
| Debtor | : | Case No.: 24-12945 PMM |

## RESPONSE TO MOTION FOR RELIEF FILED BY PENNYMAC LOAN SERVICES, LLC

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.  By way of further response, if a post-petition arrearage exists, Debtors are in a position to bring this current through a stipulated settlement.

8. Denied.

9. Denied.

10. Denied.

11. Denied

12. Denied.

Wherefore, Debtors ask this Honorable Court to deny Movant's Motion for Relief of the

Automatic Stay.

**Lazarus Law, LLC**

By:     */s/Matthew Lazarus*

Matthew Lazarus, Esq

*Phone: (717) 298-0852*

*matthew@lazaruslawoffice.com*

Date: March 30, 2026

2