UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Charles Pineyro and                    :              Chapter 13
      Ashley Pineyro,                         :
           Debtors                      :
                           :              Case No.   24-12945-pmm
                           :
                           :

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #28, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #31);

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1.  On or before May 6, 2026, the parties shall either file the Stipulation or file a notice relisting

the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

further notice or hearing.

04/06/2026

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE