**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ashley Pineyro<br>         Charles Pineyro<br><br>                    Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>                    Moving Party<br>         vs. | NO. 24-12945 PMM |
| Ashley Pineyro<br>Charles Pineyro<br>                    Debtors<br><br>Cynthia Lynn Rice<br>                    Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br><br>                    Trustee | |

**ORDER**

AND NOW, this 13th day of April_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge