United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-12945-pmm

Charles Pineyro                                                                          Chapter 13

Ashley Pineyro

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                          Page 1 of 1

Date Rcvd: Apr 13, 2026                    Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID               Recipient Name and Address**
db/jdb                  +  Charles Pineyro, Ashley Pineyro, 1236 Schwanger Rd., Mount Joy, PA 17552-9569

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name                          Email Address**

MATTHEW LAZARUS
                       on behalf of Debtor Charles Pineyro matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com

MATTHEW LAZARUS
                       on behalf of Joint Debtor Ashley Pineyro matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com

MATTHEW K. FISSEL
                       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                       ECFMail@ReadingCh13.com

United States Trustee
                       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ashley Pineyro<br>        Charles Pineyro<br><br>                        <u>Debtor(s)</u><br><br>PENNYMAC LOAN SERVICES, LLC<br>                        <u>Moving Party</u><br>        vs.<br><br>Ashley Pineyro<br>Charles Pineyro<br><br>                        <u>Debtors</u><br><br>Cynthia Lynn Rice<br><br>                        <u>Co-Debtor</u><br><br>Scott F. Waterman<br><br>                        <u>Trustee</u> | CHAPTER 13<br><br><br><br>NO. 24-12945 PMM<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**<u>ORDER</u>**

AND NOW, this __13th__ day of __April_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge